# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL SHANE FREEMAN,**

      **Plaintiff,**

**v.**                                                           **Case No:   6:14-cv-1275-Orl-22JSS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Complaint seeking judicial review of the denial of Plaintiff's Supplemental Security Income (Doc. No. 1) filed on August 6, 2014.

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and remanded for further consideration.   After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.   The Report and Recommendation filed September 28, 2015 (Doc. No. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   The decision of the Commissioner is hereby **REVERSED** and the case **REMANDED** under sentence four of 42 U.S.C. §405(g) for further proceedings.

3.   The Clerk is directed to enter judgment accordingly, and **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties