# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL SHANE FREEMAN,**

      **Plaintiff,**

**v.**                                                                              **Case No:   6:14-cv-1275-Orl-22JSS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Unopposed Petition for Attorney's Fees (Doc. No. 24) filed on November 10, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 17, 2015 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Unopposed Petition for Attorney's Fees is hereby GRANTED.

3. Plaintiff is awarded $4,325.32 in attorney's fees, payable directly to Plaintiff's counsel if the Commissioner determines that plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties